CONDUR AFFILIATES, INC., Respondent, *v.* RONNIE, INC., Appellant.

Submitted May 23, 1949; decided May 26, 1949.

*Joseph L. Greenberg* for motion.
*Alvin I. Perlmutter* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine any action or special proceeding within the meaning of the Constitution.